HENG NI, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–72480.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2014.*

Decided May 27, 2014.

Daniel Fong, Fong Law Group, Inc.,
Monterey Park, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief
Counsel Department Of Homeland Securi-
ty, San Francisco, CA, Nehal Kamani, Oil,
Erica Miles, U.S. Department of Justice,
Washington, DC, for Respondent.

Before: PREGERSON, REINHARDT,
and NGUYEN, Circuit Judges.

MEMORANDUM **

Heng Ni petitions for review of a deci-
sion of the Board of Immigration Appeals
(BIA) affirming the Immigration Judge's
(IJ) adverse credibility finding and con-
cluding that he is ineligible for asylum.
We have jurisdiction under 8 U.S.C.
§ 1252(a)(1) and deny the petition for re-
view.

Ni argues that the IJ and BIA erred,
under *Daubert v. Merrell Dow Pharma-
ceuticals, Inc.,* 509 U.S. 579, 113 S.Ct.
2786, 125 L.Ed.2d 469 (1993), in relying on
the testimony and report of a forensic
document analyst who found that Ni's no-
tarial birth certificate was counterfeit. We
lack jurisdiction to consider this argument
because Ni did not raise it in his appeal to
the BIA. 8 U.S.C. § 1252(d)(1).

Ni also argues that the adverse credibili-
ty finding was not supported by substan-
tial evidence. The IJ found that Ni's no-
tarial birth certificate was counterfeit. Ni
contends that he did not know that the
birth certificate was fraudulent because his
wife sent it to him from China. The IJ
found, however, that the birth certificate
was created in Los Angeles and for that
reason, Ni had reason to know that the
document was counterfeit. The IJ's find-
ing distinguishes Ni's case from *Yeimane–
Berhe v. Ashcroft,* 393 F.3d 907, 911 (9th
Cir.2004). *See Khadka v. Holder,* 618
F.3d 996, 1001 (9th Cir.2010). Because the
birth certificate was offered to establish
Ni's identity, a "key element[ ] of the asy-
lum claim," the IJ's adverse credibility
finding is supported by substantial evi-
dence. *Farah v. Ashcroft,* 348 F.3d 1153,
1156 (9th Cir.2003).

Ni's remaining arguments are without
merit.

Petition **DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.